In Re: SHERRI HOLSO

Case Number: DT09-05966 -001A

Proceeds of uncashed check issued in this case in which the final distribution was made more than 90 days earlier. Unclaimed Funds

Original Payee: SHERRI HOLSO

4528 5 MILE RD

WILLIAMSBURG MI 49690

,

Account Number:

Check Amount: $2386.44

Date: November 20, 2009

Brett N. Rodgers, Trustee
50 Louis St NW Ste 700
Grand Rapids, MI  49503

```
      UNITED STATES
    BANKRUPTCY COURT
   WESTERN DISTRICT OF MICHIGAN
       GRAND RAPIDS DIVISION

   # 238669      -  KD

   December 01, 2009
        15:30:42


      UNCLAIMED FUNDS
         09-05966
Debtor.: SHERRI HOLSO
Trustee: KELLY HAGAN
Amount.:              $2,386.44 CH
Check#.: 697737




         Total-> $2,386.44



         FROM: BRETT RODGERS
```